**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: timothy_garrison@fd.org

Attorneys for Mr. Rivas-Noriega

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ8646 |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| JOSE LUIS RIVAS-NORIEGA, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: July 20, 2008              /s/ *Timothy R. Garrison*
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Defendant
                                  Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: July 20, 2008                  /s/ *Timothy R. Garrison*
                                      Federal Defenders of San Diego, Inc.
                                      225 Broadway, Suite 900
                                      San Diego, CA  92101-5030
                                      (619) 234-8467  (tel)
                                      (619) 687-2666  (fax)
                                      Timothy_Garrison@fd.org (email)